**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION, as
Trustee for Structured Adjustable Rate
Mortgage Loan Trust, Mortgage Pass-Through
Certificates, Series 2005-23,

                      Plaintiff,                  18 **CIVIL** 8478 (KMK)

        -against-                        **JUDGMENT**

WALTER D. HASKINS,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 18, 2019, Defendant's Cross Motion is denied; Plaintiff's Motion is granted, and provides Defendant with a 60-day period from the date of the Opinion and Order within which Defendant must notify Plaintiff of his intent to exercise his right of redemption and pay the mortgage debt, along with the value of improvements made to the property, to maintain his interest in the property; accordingly, the case is closed.

**Dated:** New York, New York
           January 3, 2020

                                                RUBY J. KRAJICK
                                                Clerk of Court
                                        BY:
                                                  Deputy Clerk

                                                THIS DOCUMENT WAS ENTERED
                                                ON THE DOCKET ON 1/3/2020